# UNITED STATES DISTRICT COURT

for the

Eastern District of California

Sacramento Division

| | |
|---|---|
| SUSAN THAO <br> *Plaintiff(s)* <br><br> -v- <br><br> UNITED STATES OF AMERICA; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; JOSEPH WINNOP AND DOES 1 THROUGH 100 <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☒ Yes   ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | SUSAN THAO |
| Street Address | 1060 Siskiyou Avenue |
| City and County | Oroville, Butte County |
| State and Zip Code | California, 95965 |
| Telephone Number | (530) 693-9453 |
| E-mail Address | thao13vang@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | UNITED STATES OF AMERICA |
| Job or Title *(if known)* | |
| Street Address | 950 Pennsylvania Avenue, NW |
| City and County | Washington DC |
| State and Zip Code | 20530-0001 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | U.S. DEPARTMENT OF HOMELAND SECURITY |
| Job or Title *(if known)* | |
| Street Address | 245 Murray Lane, SW, Mail Stop 0485 |
| City and County | Washington DC |
| State and Zip Code | **20528-0485** |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT |
| Job or Title *(if known)* | |
| Street Address | 500 12th Street, SW, Mail Stop 5900 |
| City and County | Washington DC |
| State and Zip Code | 20536-5900 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | JOSEPH WINNOP |
| Job or Title *(if known)* | AGENT WITH U.S. DEPT OF HOMELAND SEC/ICE |
| Street Address | 500 12th Street, SW, Mail Stop 5900 |
| City and County | Washington DC |
| State and Zip Code | **20528-0485** |
| Telephone Number | (209) 222-5763 |

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This Court has jurisdiction over this action pursuant to 28 U.S. Code § 1346. Plaintiff brings civil action for personal injury caused by the negligent act of an employee of the United States Government while acting in the course and scope of his employment, under circumstances where the United States, if a private person, would be liable to Plaintiff in accordance with the law of the place where the act or ommision occurred.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

  b.  If the defendant is a corporation

      The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

      Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On November 18, 2017, Plaintiff was operating her vehicle on SR-99 in Butte County, California. At the same time and in the general location, Defendant Joseph Winnop, an employee of Department of Homeland Security/ Immigration and Customs Enforcement was driving the subject vehicle during the course and scope of his employment, and collided with the rear of Plaintiff's car thereby causing injury and damages to Plaintiff. As a result of the negligence of Defendant, Plaintiff suffered personal / bodily injuries, resulting in economic and noneconomic damages.

Economic damages include, but are not limited to, (1) past and future medical and/or ancillary related expenses, (2) past and future income and/or earning capacity loss, (3) loss of ability to provide household services, and (4) incidental and consequential damages and/or property damage and loss of use. Noneconomic damages include, but are not limited to (1) past and future physical and mental suffering, (2) loss of enjoyment of life, (3) physical impairment, (4) inconvenience, (5) anxiety, and (6) emotional distress.

Procedural History of Claim

On October 23, 2019, Plaintiff, through her former counsel filed an official Tort Claim for Damage, Injury or Death (SF-45) which was received and accepted by an official officer of DHS/ICE on October 28, 2019. Thereafter, in 2020, DHS/ICE Paralegal, Jeannette T. Litz corresponded with Plaintiff's former counsel requesting additional time to review the matter.

On December 29, 2021, Plaintiff retained our office regarding continued representation of the subject claim. On April 15, 2022, Our office sent email correspondence with an attached letter of representation requesting an update on the matter.

On April 19, 2022, Paralegal Litz provided our office with return correspondence acknowledging the handling of the subject claim and that the claim "is still in the administrative stage, therefore ICE is not at liberty to disclose any of its internal documents at this time" and to "please reach out with any questions or concerns".

Since that time, our office has sent multiple follow up emails and left voicemails requesting an update on the subject claim without success. On November 10, 2022, our office mailed a follow up letter via certified USPS requesting an update on the matter without receiving a response from DHS/ICE.

Thereafter on August 25 and 28, 2023, our office again emailed and sent a USPS certified letter with return receipt to Paralegal Litz requesting an update on the matter. On both occasions her voicemail inbox was and continues to remain full without the ability to leave a message.

As of the date of this official Complaint Form, Plaintiff has yet to receive an official denial/rejection letter regarding the aforementioned Claim.

Comes now **Plaintiff**, SUSAN THAO, and complains against Defendants, **UNITED STATES OF AMERICA; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; JOSEPH WINNOP AND DOES 1 THROUGH 100**, and pray the Court grant her judgment, and cause of action for the aforestated Claim for personal injuries.

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

  a. Plantiff prays for judgment for Noneconomic damages.
  b. All medical and incidental expenses according to proof;
  c. All loss of earnings according to proof;
  d. Prejudgment interest to the extent permitted by law;
  e. All costs of suit; and
  f. Such other and further relief as this Court may deem just and proper.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff
Printed Name of Plaintiff

### B. For Attorneys

| | |
|---|---|
| Date of signing: | 11/06/2023 |
| Signature of Attorney | *[signature]* |
| Printed Name of Attorney | JUSTIN M. GINGERY |
| Bar Number | 204217 |
| Name of Law Firm | GINGERY HAMMER & SCHNEIDERMAN LLP |
| Street Address | 1430 BLUE OAKS BLVD, SUITE 200 |
| State and Zip Code | ROSEVILLE, CALIFORNIA 95747 |
| Telephone Number | 916-415-7070 |
| E-mail Address | JGTEAM@GINGERYLAW.COM |