1  MICHELE BECKWITH
   Acting United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Defendants
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 SUSAN THAO,                          CASE NO.  2:23-cv-02583-JAM-DMC

                        Plaintiff,      **JOINT STIPULATION RE-SETTING**
12                                       **SETTLEMENT CONFERENCE; [~~PROPOSED~~]**
                    v.                   **ORDER**
13
   UNITED STATES OF AMERICA,
14
                        Defendants.
15

16

17       Plaintiff, Susan Thao, and Defendant, United States, by and through their undersigned respective

18 counsel of record, respectfully request Court approval that the settlement conference before the

19 Honorable Magistrate Judge Claire be rescheduled from April 3, 2025 to May 13, 2025 at 9:00 a.m.  The

20 parties submit that the Honorable Judge Claire's chambers has confirmed her availability for a

21 settlement conference on May 13, 2025 at 9:00 a.m.

22 DATED:  March 3, 2025                 MICHELE BECKWITH
                                         Acting United States Attorney
23

24                                   By:  */s/ Alyson A. Berg*
                                         ALYSON A. BERG
25                                       Assistant United States Attorney

26                                       Attorneys for the United States

27

28

   JT STIP FOR SETTLEMENT CONFERENCE; [PROPOSED]        1
   ORDER

Dated:  March 3, 2025

GINGERY HAMMER & ASSOCIATES LLP

*/s/*  (signed 3/3/25)
JUSTIN M. GINGERY

Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated: March 5, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

JT STIP FOR SETTLEMENT CONFERENCE; [PROPOSED] ORDER

2